## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   22-13317 |
| VICTOR M RIVERA | ) | |
| CARMEN M RIVERA | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Daniel R. Fine |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING TRUSTEE'S MOTION TO MODIFY PLAN

This matter coming before the court on Trustee's Motion to Modify Plan, and after due consideration and for cause shown, the Motion is GRANTED as follows:

1. The Debtor's confirmed chapter 13 plan is modified to remove distributions to TRUIST BANK for its claim under the confirmed plan, and funds earmarked for Court Claim 16 may be disbursed to holders of other allowed claims.

2. The Court Claim 16 of TRUIST BANK  is declared as paid in full under the Chapter 13 plan.

3. No objection to the motion having been lodged within the time required by Local Rule 9013-1F, any potential objections have been waived, and the motion is therefore granted.

Enter:

Honorable Daniel R. Fine
United States Bankruptcy Judge

Dated:  March 26, 2026

**Prepared by:**

Thomas H. Hooper

Chapter 13 Trustee

55 E. Monroe St., Suite 3850

Chicago, IL 60603

(312) 294-5900